IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>10 S. Howard Street, 3rd Floor<br>Baltimore, MD 21201,<br><br>                    Plaintiff,<br><br>v.<br><br>AMX COMMUNICATIONS, LTD.; ALLCORP PARTNERS ACQUISITION, LTD.; AMX ENVIRONMENTAL SOLUTIONS, L.P.; AMX MANAGEMENT, INC.; AMX VETERANS SPECIALTY SERVICES, L.L.C.; AMX INDUSTRIAL SERVICES, L.P.; ALLCORP SERVICES, LTD.; AMX FIRE PROTECTION & SECURITY SYSTEMS; AMX ENVIRONMENTAL, LTD.; AMX ENVIRONMENTAL EVOLUTION, LTD.; AMX ENTERPRISES, LLP; ALLCORP ACQUISITIONS, LTD.; AMX CONSTRUCTION & SPECIALTY SERVICES, L.P.,<br>         d/b/a AMX COMPANIES<br>         & AFFILIATES,<br>         2351 W. Northwest Highway, Suite 2118<br>         Dallas, TX 75220<br><br>                    Defendants. | Civil Action No.<br><br><br><br><br>**COMPLAINT**<br><br><br><br>**JURY TRIAL DEMAND** |

## NATURE OF ACTION

This action is brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, as amended, to correct unlawful employment practices on the basis of sex (female) and to provide make whole relief to Michelle Tibbs. As discussed in more detail below, the U.S. Equal

1

Employment Opportunity Commission alleges that Defendants terminated Ms. Tibbs' employment based on her sex.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. Had Michelle Tibbs not been unlawfully discharged, her employment at Defendants' work sites, including Columbia, Maryland, and within the jurisdiction of the United States District Court for the District of Maryland would have continued.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the Agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendants AMX Communications, Ltd., AllCorp Partners Acquisition, Ltd., AMX Environmental Solutions, L.P., AMX Management, Inc., AMX Veterans Specialty Services, L.L.C., AMX Industrial Services, L.P., AllCorp Services, Ltd., AMX Fire Protection & Security Systems, AMX Environmental, Ltd., AMX Environmental Evolution, Ltd., AMX Construction & Specialty Services, L.P., AMX Enterprises, LLP, and AllCorp Acquisitions, Ltd., jointly doing business as "AMX Companies & Affiliates" and headquartered in Dallas, Texas, had at least 15 employees and conducted business in, among many states, the State of Maryland.

5. At all relevant times, Defendants AMX Communications, Ltd., AllCorp Partners Acquisition, Ltd., AMX Environmental Solutions, L.P., AMX Management, Inc., AMX VSS, L.L.C., AMX Industrial Services, L.P., AllCorp Services, Ltd., AMX Fire Protection & Security Systems, AMX Environmental, Ltd., AMX Environmental Evolution, Ltd., AMX Construction & Specialty Services, L.P., were employers engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

6. At all relevant times, Defendants AMX Communications, Ltd., AllCorp Partners Acquisition, Ltd., AMX Environmental Solutions, L.P., AMX Management, Inc., AMX VSS, L.L.C., AMX Industrial Services, L.P., AllCorp Services, Ltd., AMX Fire Protection & Security Systems, AMX Environmental, Ltd., AMX Environmental Evolution, Ltd., AMX Construction & Specialty Services, L.P., have operated as a single employer - within the meaning of Section 701(b) of Title VII, 42 U.S.C. § 2000e(b) - and in this regard have maintained interrelated operations; common management; centralized control of labor relations and personnel; and common ownership and financial control.

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Michelle Tibbs filed a charge of discrimination with the Commission alleging that Defendants violated Title VII by terminating her employment on the basis of her sex. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Michelle Tibbs began working for Defendants as a Driver/Groundhand at various Maryland worksites in December 2006.

9. Since at least January 2007, Defendants engaged in unlawful employment practices on the basis of sex against Ms. Tibbs, in violation of Section 703(a) of Title VII, 42 U.S.C. §

2000e-2(a). Such practices culminated in Defendants' owner directing Michelle Tibbs' supervisor to "get rid of her" because she was a "sexual harassment lawsuit waiting to happen". Ms. Tibbs' employment was subsequently terminated.

10. The effect of the unlawful employment practices complained of above has been to deprive Ms. Tibbs of equal employment opportunities.

11. The unlawful employment practices complained of above were and are intentional.

12. The unlawful employment practices complained of above were and are done with malice or with reckless indifference to the federally protected rights of Michelle Tibbs.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns, and all persons in active concert or participation with them, from subjecting individuals to discriminatory employment practices on the basis of sex.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for women which eradicate the effects of Defendants past and present unlawful employment practices, including: 1) the institution of effective sex antidiscrimination policies; 2) the dissemination of these policies to all their managers and employees; and 3) mandatory training for all managers and employees regarding the legal prohibitions against employment discrimination, including sex.

C. Order Defendants to make whole Michelle Tibbs by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

D. Order Defendants to make whole Michelle Tibbs by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in above including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses, in amounts to be determined at trial.

E. Order Defendants to pay punitive damages for the malicious and reckless conduct described above, in amounts to be determined at trial.

F. Order Defendants to post a signed notice to all employees, conspicuously placed in Defendants' facility for a period of at least one year, that sets forth the remedial action required by the Court and informs all employees that Defendants will not discriminate against any employee because of sex and that they will not take any action against employees because such employees have opposed practices made unlawful under Title VII or have exercised their federally protected rights under Title VII.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

DEBRA M. LAWRENCE (Bar No. 04312)
Acting Regional Attorney
EEOC-Philadelphia District Office
(including Baltimore Field Office)

EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 209-2734
TTY: (410) 962-6065
Facsimile number: (410) 962-4270